JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI DOERING,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>EL CORITA TOOL; JAVIER MARTINEZ, AS TRUSTEE OF THE MARTINEZ LIVING TRUST; and DOES 1 to 10,<br><br>　　　　Defendants. | 2:25-cv-03498-DSF-JPRx<br><br>JUDGMENT |

　　The Court having granted a motion for default judgment,

　　IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Yuri Doering and against Defendants El Corita Tool and Javier Martinez, as trustee of the Martinez Living Trust. Defendants are ordered to provide a wheelchair accessible entrance at the public accommodation and business establishment located at 1817 Slauson Ave., Vernon, California, in compliance with the Americans with Disabilities Act.  Defendants are further ordered to pay to Plaintiff $5,515.00, comprised of $4,000.00 in statutory damages, $905.00 in fees, and $610.00 in costs.

Date:  September 23, 2025

_____
Dale S. Fischer
United States District Judge